```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10070
   ROSEMON C PILOT
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4950


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/05/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 12/01/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
GMAC                       UNSECURED      23878.14        .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG      .00         .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I     .00          .00           .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED       .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG      .00         .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I     .00          .00           .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED       .00           .00
RESCAP MORTGAGE            CURRENT MORTG      .00         .00           .00
RESCAP MORTGAGE            SECURED NOT I     .00          .00           .00
RESCAP MORTGAGE            NOTICE ONLY    NOT FILED       .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG      .00         .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG      .00         .00           .00
HOME LOAN SERVICES         CURRENT MORTG      .00         .00           .00
FIRST FRANKLIN             UNSECURED      NOT FILED       .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG      .00         .00           .00
WELLS FARGO HOME MORTGAG   UNSECURED      NOT FILED       .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED      NOT FILED       .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED      NOT FILED       .00           .00
DAIMLER CHRYSLER           SECURED NOT I     .00          .00           .00
DAIMLER CHRYSLER           UNSECURED      NOT FILED       .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG      .00         .00           .00
WELLS FARGO HOME MORTGAG   UNSECURED      NOT FILED       .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG      .00         .00           .00
WELLS FARGO HOME MORTGAG   UNSECURED      NOT FILED       .00           .00
HOME COMING FINANCIAL      SECURED NOT I     .00          .00           .00
HOME COMING FINANCIAL      UNSECURED      NOT FILED       .00           .00
WASHINGTON MUTUAL          UNSECURED      NOT FILED       .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED       9287.49        .00           .00
EMC MORTGAGE               SECURED NOT I     .00          .00           .00
EMC MORTGAGE               SECURED NOT I  19177.98        .00           .00
WASHINGTON MUTUAL BANK     SECURED NOT I     .00          .00           .00
HOME LOAN SERVICES         SECURED NOT I     .00          .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I     .00          .00           .00
EMC MORTGAGE CORPORATION   SECURED NOT I     .00          .00           .00
EMC MORTGAGE CORPORATION   SECURED NOT I     .00          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10070 ROSEMON C PILOT
```

```
SABRINA HERRELL            ATTORNEY              .00              .00              .00
MARTIN J OHEARN            DEBTOR ATTY           .00                               .00
TOM VAUGHN                 TRUSTEE                                                 .00
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                              ---------------   ---------------
TOTALS                               .00               .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
    Dated: 03/25/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```